# Exhibit A

August 19, 2020

Re: Victim Impact Letter
Case No. 4:19-cr-01013-AGF-1

Dear Mr. Goldsmith and Officers of the Court,

I am writing this letter to convey the impact Ms. Tammy Fox and her actions had upon Expro Midwest, myself and its employees.

First, I would like to emphasize that Ms. Fox's activities directly affected the company value of Expro Midwest negatively. While Ms. Fox continued to embezzle funds, our company endured a severe economic downturn within the coal fire and power industries. Not only were we struggling to keep our doors open during these difficult economic times, but we were also unknowingly and unwittingly funding Ms. Fox's livelihood through her embezzlement.

Secondly, on a personal note, I shudder to think about the impact Ms. Fox's actions would have had on our company if in the event we tried to sell during Ms. Fox's activities. Upon audit, my personal reputation would have been at stake as an owner who had no control over the careless and unnecessary spending habits of my administrative staff. I strive to maintain fiscal solvency within my company and the sheer dollar amount Ms. Fox took from me made this impossible for a time period.

Lastly, and most importantly, Ms. Fox's actions of embezzling approximately $336,000 directly affected 10 to 12 employees and their families financially. Expro Midwest was unable to distribute $33,600 to these employees over that time period in profit sharing. This deprived our hard-working staff from being able to take summer vacations with family and purchase Christmas gifts for their loved ones. Our staff depends on bi-annual profit share distributions for these activities and Ms. Fox sought to take that from our employees and succeeded with her embezzlement.

I would like to plead with the court that Ms. Fox face the harshest penalty the court can administer for her callous, negligent and unlawful activities.

Respectfully,

Rodrick E. Hall
Owner, Expro Midwest
1135 Belgrove Drive
St. Louis, MO 63137
Mobile: 713-202-9373
Office: 281-446-2666

Cc: Maranda Harris, Executive Assistant to Mr. Hall